UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00150 |
| | ) | JUDGE CAMPBELL |
| JAMES PAT CAMPBELL | ) | |

## ORDER

Pending before the Court is a Motion to Withdraw and for Appointment of New Counsel (Docket No. 19). The Court will hold a hearing on the Motion on April 14, 2014, at 2:00 p.m.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE