UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00150 |
| | ) | JUDGE CAMPBELL |
| JAMES PAT CAMPBELL | ) | |

## ORDER

Pending before the Court is the Government's Motion to Substitute Counsel for the Pretrial Conference (Docket No. 26). The Motion is GRANTED.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　　　
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE