UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00150 |
| | ) | JUDGE CAMPBELL |
| JAMES PAT CAMPBELL | ) | |

## ORDER

The Court is in receipt of a letter from Defendant pro se (Docket No. 33) requesting new counsel. The Court will hold a hearing on the letter on September 15, 2014, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE