UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00150 |
| | ) | JUDGE CAMPBELL |
| JAMES PAT CAMPBELL | ) | |

ORDER

Pending before the Court is a Motion to Withdraw as Attorney of Record (Docket No. 35).

The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE